# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

EDWIN DANILO S. C.,                          Case No. 26-cv-98 (LMP/DTS)

                        Petitioner,

v.                                                          **ORDER**

ERIC TOLLEFSON, *Sheriff, Kandiyohi County, MN*; PAMELA BONDI, *Attorney General*; KRISTI NOEM, *Secretary of the U.S. Department of Homeland Security*; SAMUEL OLSON, *Director of St. Paul Field Office, U.S. Immigration and Customs Enforcement*,

                        Respondents.

Petitioner Edwin Danilo S. C. is a native and citizen of Ecuador who entered the United States without inspection in September 2023.  *See* ECF No. 1 ¶ 18.  Edwin Danilo S. C. was arrested by immigration officials on December 4, 2025, and remains in the custody of United States Immigration and Customs Enforcement.  *See id.* ¶ 5.  Edwin Danilo S. C. alleges that he is being detained pursuant to 8 U.S.C. § 1225(b)(2), which mandates his detention, *see id.* ¶ 30, but that he is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2) but instead is entitled to a bond hearing under 8 U.S.C. § 1226(a), *see id.* ¶¶ 30–31.

With respect to Edwin Danilo S. C.'s argument that he is entitled to a bond hearing, this Court has concluded that noncitizens similarly situated to him are not subject to mandatory detention under 8 U.S.C. § 1225(b)(2) but instead are entitled to a bond hearing

under 8 U.S.C. § 1226(a). *See Roberto M. F. v. Olson*, No. 25-cv-4456 (LMP/ECW), 2025 WL 3524455, at \*4 (D. Minn. Dec. 9, 2025); *Victor Hugo D. P. v. Olson*, No. 25-cv-4593 (LMP/DTS), 2025 WL 3688074, at \*2–3 (D. Minn. Dec. 19, 2025). Edwin Danilo S. C. raises the same legal issues and requests essentially the same relief granted in those cases—namely, an order requiring Respondents (the "Government") to release him or conduct a bond hearing. *See* ECF No. 1 at 7.

This Court will not depart from its reasoning in *Roberto M. F.* and *Victor Hugo D. P.* Accordingly, **IT IS HEREBY ORDERED** that:

1. The Government is directed to file an answer to the Petition for a Writ of Habeas Corpus (ECF No. 1) on or before Tuesday, January 13, 2026, certifying the true cause and proper duration of Edwin Danilo S. C.'s confinement and showing cause why the writ should not issue in this case;

2. The Government's answer must include:

   a. Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Edwin Danilo S. C.'s detention in light of the issues raised in his Petition;

   b. A reasoned memorandum of law and fact explaining the Government's legal position on Edwin Danilo S. C.'s claims;

   c. The Government's recommendation on whether an evidentiary hearing should be conducted; and

   d. A good-faith argument as to whether—and if so, why—this matter, at least with respect to Edwin Danilo S. C.'s argument that he is entitled

to a bond hearing under 8 U.S.C. § 1226(a), is *materially distinguishable*, either factually or legally, from *Roberto M. F.* or *Victor Hugo D. P.*

3.     If Edwin Danilo S. C. intends to file a reply to the Government's answer, he must do so on or before Thursday, January 15, 2026; and

4.     No further submissions from either party will be permitted except as authorized by Court order.

Dated: January 8, 2026

*s/Laura M. Provinzino*
Laura M. Provinzino
United States District Judge