# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| EDWIN DANILO S. C., | Case No. 26-cv-98 (LMP/DTS) |
| Petitioner, | |
| v. | **ORDER GRANTING HABEAS PETITION** |
| ERIC TOLLEFSON, *Sheriff, Kandiyohi County, MN*; SAMUEL OLSON, *Director of St. Paul Field Office, U.S. Immigration and Customs Enforcement*; KRISTI NOEM, *Secretary of the U.S. Department of Homeland Security*; and PAMELA BONDI, *Attorney General*, | |
| Respondents. | |

Steven T. Appelget, **Appelget Law Office, St. Paul, MN**, for Petitioner.

Ana H. Voss and David W. Fuller, **United States Attorney's Office, Minneapolis, MN**, for Respondents.

Petitioner Edwin Danilo S. C. is a native and citizen of Ecuador who entered the United States without inspection in September 2023. *See* ECF No. 1 ¶ 18. Edwin Danilo S. C. was arrested by immigration officials on December 4, 2025, and remains in the custody of United States Immigration and Customs Enforcement. *See id.* ¶ 5. Edwin Danilo S. C. alleges that he is being detained pursuant to 8 U.S.C. § 1225(b)(2), which mandates his detention, *see id.* ¶ 30, but that he is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2) but instead is entitled to a bond hearing under 8 U.S.C. § 1226(a), *see id.* ¶¶ 30–31.

Edwin Danilo S. C. accordingly petitioned for a writ of habeas corpus, contending that he falls within a class of noncitizens eligible for bond under 8 U.S.C. § 1226(a). *See generally* ECF No. 1. He also contends that he is a member of a certified class and is entitled to the declaratory judgment issued in that case requiring bond hearings for class members. *See id.* ¶¶ 1–7; *Maldonado Bautista v. Santacruz*, No. 5:25-cv-01873-SSS-BFM, 2025 WL 3713987 (C.D. Cal. Dec. 18, 2025). The Court ordered the Government to answer the petition no later than January 13, 2026. ECF No. 3. The Government timely responded, interpreting Edwin Danilo S. C.'s petition to argue both a statutory claim and a claim for declaratory judgment as a member of the *Maldonado Bautista* class. *See* ECF No. 5 at 2–11. The Government argues that Edwin Danilo S. C. is not a member of the *Maldonado Bautista* class, that the decision in *Maldonado Bautista* is not binding on this Court, and that Edwin Danilo S. C.'s statutory claim fails because he is subject to mandatory detention under 8 U.S.C. § 1225(b)(2). *Id.* Edwin Danilo S. C. has filed a reply. ECF No. 7.

The Court need not address whether Edwin Danilo S. C. is a member of the *Maldonado Bautista* class because he succeeds on his own statutory claim. As the Government acknowledges, this Court has already ruled that similarly situated petitioners are not subject to mandatory detention under 8 U.S.C. § 1225(b)(2) but instead are eligible for bond under 8 U.S.C. § 1226(a). *See Roberto M. F. v. Olson*, No. 25-cv-4456 (LMP/ECW), 2025 WL 3524455, at *4 (D. Minn. Dec. 9, 2025); *Victor Hugo D. P. v. Olson*, No. 25-cv-4593 (LMP/DTS), 2025 WL 3688074, at *2–3 (D. Minn. Dec. 19, 2025). The Government candidly admits that there is no material distinction between this case and

those cases. ECF No. 5 at 13. Accordingly, the Court adopts the same reasoning here and concludes that Edwin Danilo S. C. is entitled to a bond hearing under Section 1226(a).

## ORDER

Accordingly, based on the foregoing, and on all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED THAT:**

1. Edwin Danilo S. C.'s Petition for a Writ of Habeas Corpus (ECF No. 1) is **GRANTED** as follows:

    a. The Court **DECLARES** that Edwin Danilo S. C. is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2), and is instead subject to detention, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226.

    b. The Government is ordered to provide Edwin Danilo S. C. with a bond redetermination hearing under 8 U.S.C. § 1226(a) on the merits of his release no later than January 22, 2026.

    c. If the Government does not provide Edwin Danilo S. C. with a bond redetermination hearing as required by this Order, he must be immediately released from detention.

    d. No later than January 23, 2026, the Government shall provide the Court with a status update concerning the results of any bond hearing conducted

pursuant to this Order, or if no bond hearing was held, advise the Court regarding Edwin Danilo S. C.'s release.[1]

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: January 15, 2026            *s/Laura M. Provinzino*
                                              Laura M. Provinzino
                                              United States District Judge

---

[1] To the extent that Edwin Danilo S. C. seeks immediate release from custody, ECF No. 1 at 7, that request is denied. *See Roberto M. F.*, 2025 WL 3524455, at *5.